**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6494**

———————

EPHRAIN RELIFORD, JR.,

Plaintiff - Appellant,

versus

LAWRENCE PEARSON; CHARLES TRUESDALE; AIKEN
COUNTY SHERIFF'S DEPARTMENT,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief
District Judge.  (CA-03-1561-3-17BC)

———————

Submitted:  June 24, 2004              Decided:  July 1, 2004

———————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ephrain Reliford, Jr., Appellant Pro Se. Terri Hearn Bailey, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina; Daniel Roy
Settana, Jr., Stephen L. Hall, MCKAY, MCKAY & SETTANA, PA,
Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ephrain Reliford, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint alleging violations under 42 U.S.C. § 1983 (2000) and <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Reliford v. Pearson</u>, No. CA-03-1561-3-17BC (D.S.C. filed Feb. 20, 2004 & entered Feb. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>